FILED
CLERK'S OFFICE

2004 NOV -5 A 8:55

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. STAMAS, JANICE LOUX, DAVID COLELLA, HENRY C. GREEN, JEFFREY K. NELSON AND MARK ANDERSON, as Trustees and on behalf of the GREATER BOSTON HOTEL EMPLOYEE/LOCAL 26 HEALTH AND WELFARE TRUST FUND, <br><br>Plaintiffs, <br><br>v. <br><br>THE SEGAL COMPANY <br><br>Defendant. | CIVIL ACTION <br><br> No. <br><br> **04 12352 NG** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Greater Boston Hotel Employee/Local 26 Health and Welfare Trust Fund is a labor-management employee benefit trust fund. It issues no stock or securities.

DATED: November 4, 2004

Respectfully submitted,

DAVIS, COWELL & BOWE, LLP

By: /s/ Michael T. Anderson
Michael T. Anderson

8 Beacon Street, 4th Floor
Boston, MA 02108
PH: (617) 227-5720; FAX: (617) 227-5767
Attorney for Plaintiffs

1