UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. STAMAS, JANICE LOUX, DAVID COLELLA, HENRY C. GREEN, JEFFREY K. NELSON AND MARK ANDERSON, as Trustees and on behalf of the GREATER BOSTON HOTEL EMPLOYEE/LOCAL 26 HEALTH AND WELFARE TRUST FUND, <br><br>       Plaintiffs, <br><br> v. <br><br> THE SEGAL COMPANY <br><br>       Defendant. _____ / | CIV. No.  04-12352 (NG) <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Plaintiffs hereby give notice pursuant to Fed.R.Civ.P. 41(a)(1)(i) that the complaint filed Nov. 5, 2004 in this action against Defendant Segal Company is voluntarily dismissed without prejudice.  No answer, motion for summary judgment, or other responsive pleading has been filed in this matter on behalf of the Defendant.

DATED: February 4, 2005                     Respectfully submitted,

    /s/Michael T. Anderson
Michael T. Anderson
DAVIS, COWELL & BOWE, LLP
8 Beacon Street, 4th Floor
Boston, MA 02108
Ph:  (617) 227-5720; Fax: (617) 227-5767
Michael.t.anderson@verizon.net
Attorney for Plaintiffs